STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE, SAM'S WEST, INC., dba SAM'S PHARMACY #10-4974,<br><br>Defendants.<br>_____<br>SAM'S WEST, INC., a Delaware corporation,<br><br>Cross-Claimant,<br><br>vs.<br><br>GLAXOSMITHKLINE, a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Cross-Defendants. | CASE NO.: 2:17-cv-02900 |

**STIPULATION AND ORDER FOR DISMISSAL OF GLAXOSMITHKLINE, LLC AND FOR THE AMENDMENT OF COMPLAINT AND CROSS-COMPLAINT**

Through documents disclosed during the discovery period in this case, it appears that the medication that plaintiff alleges caused her damages may not have been manufactured and/or distributed by defendant GlaxoSmithKline LLC but by another drug manufacturer named Jubilant Cadista Pharmaceuticals, Inc.  Based upon this information, plaintiff Devra Haney-Williams, defendant/cross-defendant GlaxoSmithKline LLC, and defendant/cross-claimant Sam's West, Inc., through their respective counsel of record, have reached the following stipulation:

1     IT IS HEREBY STIPULATED AND AGREED that defendant/cross-defendant GlaxoSmithKline LLC shall now be dismissed without prejudice so that plaintiff may amend her complaint and defendant/cross-claimant Sam's West, Inc. may amend its cross-complaint, to name Jubilant Cadista Pharmaceuticals, Inc. as a defendant and cross-defendant in this action, it is further

    STIPULATED AND AGREED that the dismissal of GlaxoSmithKline LLC without prejudice, as opposed to a dismissal with prejudice, is made so that if the parties learn through further discovery that GlaxoSmithKline LLC was involved in the manufacture and/or distribution to the plaintiff of the medication at issue in this case, the claims against GlaxoSmithKline LLC may be reasserted, it is further

     STIPULATED AND AGREED that each party shall bear its own attorney fees and costs related to the suit and cross-suit against GlaxoSmithKline LLC and its dismissal without prejudice from this action, it is further

    STIPULATED AND AGREED that plaintiff may now amend her complaint to add Jubilant Cadista Pharmaceuticals, Inc. as a defendant and that Defendant/Cross-Claimant Sam's West, Inc. may amend its cross-complaint to add Jubilant Cadista Pharmaceuticals, Inc. as a cross-defendant.

DATED this 29th day of June, 2018.                     DATED this 29th day of June, 2018.

STOVALL & ASSOCIATES                                   THORNDAL ARMSTRONG DELK
                                                       BALKENBUSH & EISINGER

/s/ Ross Moynihan                                      /s/ Brian Terry
_____                            _____
LESLIE MARK STOVALL, ESQ.                              BRIAN K. TERRY, ESQ.
Nevada Bar No. 2566                                    Nevada Bar No. 3171
ROSS MOYNIHAN, ESQ.                                    1100 E. Bridger Avenue
Nevada Bar No. 11848                                   Las Vegas, NV 89101
2301 Palomino Lane                                         Mail to:
Las Vegas, NV 89107                                        P.O. Drawer 2070
Attorneys for Plaintiff                                    Las Vegas, NV 89125
                                                       *Attorney for Defendant/Cross-Defendant
                                                       GlaxoSmithKline LLC*

DATED this 29th day of June, 2018.

PHILLIPS SPALLAS & ANGSTADT, LLC

*/s/Pooja Kumar*

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant/Cross-Claimant Sam's West, Inc.*

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

ORDERED that Defendant GlaxoSmithKline shall now be dismissed without prejudice from this action with each party bearing its own attorney fees and costs related to the suit and cross-suit against GlaxoSmithKline LLC and its dismissal without prejudice from this action, it is further

ORDERED that plaintiff may now amend her complaint to add Jubilant Cadista Pharmaceuticals, Inc. as a defendant and that Defendant/Cross-Claimant Sam's West, Inc. may amend its cross-complaint to add Jubilant Cadista Pharmaceuticals, Inc. as a cross-defendant.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2018 _____

3