ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Jubilant Cadista Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>Plaintiff,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>Defendants.<br><hr>SAM'S WEST INC.,<br><br>Cross-Complainant,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Cross-Defendants, | Case No.: 2:17-CV-02900-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT JUBILANT CADISTA PHARMACEUTICALS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT AND CROSSCLAIMS**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff DEVRA HANEY-WILLIAMS ("Plaintiff"), Defendant/Cross-Defendant JUBILANT CADISTA PHARMACEUTICALS, INC. ("Jubilant Cadista"), and Defendant/Crossclaimant SAM'S WEST INC. ("Sam's") state the following:

KB/86

1

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 fax (702)385-7000

Plaintiff filed her First Amended Complaint against Jubilant Cadista and Sam's on November 13, 2018. Sam's answered the First Amended Complaint and asserted crossclaims against Jubilant Cadista on November 27, 2018. Good cause exists for the requested extension of time. Defendant Jubilant Cadista needs additional time to evaluate all of the claims alleged in the First Amended Complaint and Crossclaims. Accordingly, Defendant Jubilant Cadista has requested, and Plaintiff and Sam's have agreed to grant, an extension of time up to and including January 15, 2018, to file and serve its answer or other response to the First Amended Complaint and Crossclaims.

**IT IS SO AGREED AND STIPULATED.**

| Dated: January 7, 2018 | Dated: January 7, 2018 |
|---|---|
| STOVALL & ASSOCIATES | ALVERSON TAYLOR & SANDERS |
| By: /s/ Ross Moynihan<br>LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>Phone: 702-258-3034<br>E-Service: court@lesstovall.com<br>*Attorneys for Plaintiff* | By: /s/ Adam Knecht<br>Kurt R. Bonds, Esq.<br>Nevada State Bar No. 6228<br>Adam R. Knecht, Esq.<br>Nevada State Bar No. 13166<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>*Attorneys for Jubilant Cadista Pharmaceuticals, Inc.* |

KB/86

2

Dated: January 7, 2018

PHILLIPS, SPALLAS & ANGSTADT LLC


By: /s/ Alyce W. Foshee
ROBERT K. PHILLIPS
Nevada Bar No. 11441
ALYCE W. FOSHEE
Nevada Bar No. 14519
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
afosheeRpsataw.net
*Attorneys for Defendant Sam's West, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ 1/8/2019 _____

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 fax (702)385-7000

KB/86