STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVRA HANEY-WILLIAMS, | CASE NO.: 2:17-cv-02900 |
| Plaintiff, | |
| vs. | |
| JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST, INC., dba SAM'S PHARMACY #10-4974, | |
| Defendants. | |
| _____ | |
| SAM'S WEST, INC., | |
| Cross-Complainant, | |
| vs. | |
| JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30, | |
| Cross-Defendants. | |

**STIPULATION AND ORDER FOR PLAINTIFF TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT JUBILANT CADISTA PHARMACEUTICAL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW plaintiff by and through her attorneys, Stovall & Associates, and defendant/cross-defendant Jubilant Cadista Pharmaceuticals, Inc., and defendant/cross-complainant Sam's West, Inc., through their respective counsel of record, have reached the following stipulation:

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that plaintiff's time to file her response to defendant Jubilant Cadista Pharmaceutical's Motion to Dismiss Plaintiff's First Amended Complaint shall be extended from March 21, 2019 to April 2, 2019.

DATED this 21st day of March, 2019.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

DATED this 21st day of March, 2019.

ALVERSON TAYLOR & SANDERS

/s/ Adam R. Knecht
_____
Adam R. Knecht, Esq.
Nevada Bar No. 13166
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorney for Defendant/Cross-Defendant Jubilant Cadista Pharmaceuticals, Inc.*

DATED this 21st day of March, 2019.

PHILLIPS SPALLAS & ANGSTADT, LLC

/s/ Alyce W. Foshee
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
Alyce W. Foshee, Esq.
Nevada Bar No. 14519
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant/Cross-Claimant Sam's West, Inc.*

*Haney- Williams v. Sam's West Inc., et al.*
2:17-cv-02900
*Stipulation and Order*

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

ORDERED that plaintiff's time to file her response to defendant Jubilant Cadista Pharmaceutical's Motion to Dismiss Plaintiff's First Amended Complaint shall be extended from March 21, 2019 to April 2, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 26, 2019

Respectfully submitted by:

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Attorneys for Plaintiff

3