STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEVRA HANEY-WILLIAMS, | CASE NO.: 2:17-cv-02900 |
| Plaintiff, | |
| vs. | |
| JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST, INC., dba SAM'S PHARMACY #10-4974, | |
| Defendants. | |
| _____ | |
| SAM'S WEST, INC., | |
| Cross-Complainant, | |
| vs. | |
| JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30, | |
| Cross-Defendants. | |

## STIPULATION AND ORDER FOR PLAINTIFF TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT JUBILANT CADISTA PHARMACEUTICAL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST)

COMES NOW plaintiff, by and through her counsel Stovall & Associates, and defendant/cross-defendant Jubilant Cadista Pharmaceuticals, Inc.,by and through its counsel Alverson Taylor & Sanders, and hereby submit the following stipulation further extending plaintiff's time to file a response to Defendant Jubilant Cadista Pharmaceutical's Motion to Dismiss Plaintiff's First Amended Complaint. This is the second stipulation for an extension of time, the first having

been filed with the court on March 21, 2019 and granted by the court on March 27, 2019. Now therefore, it is hereby

STIPULATED AND AGREED that plaintiff's time to file her response to defendant Jubilant Cadista Pharmaceutical's Motion to Dismiss Plaintiff's First Amended Complaint shall be extended from April 2, 2019 to April 9, 2019.


DATED this 2nd day of April, 2019.                    DATED this 2nd day of April, 2019.

STOVALL & ASSOCIATES                                   ALVERSON TAYLOR & SANDERS

*/s/ Ross Moynihan*                                    */s/ Adam R. Knecht*
_____                       _____
LESLIE MARK STOVALL, ESQ.                              Adam R. Knecht, Esq.
Nevada Bar No. 2566                                    Nevada Bar No. 13166
ROSS MOYNIHAN, ESQ.                                    6605 Grand Montecito Parkway, Suite 200
Nevada Bar No. 11848                                   Las Vegas, NV 89149
2301 Palomino Lane                                     *Attorney for Defendant/Cross-Defendant*
Las Vegas, NV 89107                                    *Jubilant Cadista Pharmaceuticals, Inc.*
*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

## ORDER

Based upon the stipulation of the parties and pursuant to its provisions, and for good cause appearing therefore, it is hereby

ORDERED that plaintiff's time to file her response to defendant Jubilant Cadista Pharmaceutical's Motion to Dismiss Plaintiff's First Amended Complaint shall be extended from April 2, 2019 to April 9, 2019.

### IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 4,  2019

Respectfully submitted by:

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Attorneys for Plaintiff