ALVERSON TAYLOR
& SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
ADAM R. KNECHT, ESQ.
Nevada Bar #13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Jubilant Cadista
Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>Plaintiff,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>Defendants.<br><br>SAM'S WEST INC.,<br><br>Cross-Complainant,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Cross-Defendants, | Case No.: 2:17-CV-02900-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DEFENDANT JUBILANT CADISTA PHARMACEUTICAL TO EXTEND TIMETO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS DEFENDAT SAM'S WEST INC.'S FIRST AMENDED CROSSCLAIM**<br><br>**(First Request)** |

COMES NOW Defendant/Cross-Defendant JUBILANT CADISTA PHARMACEUTICALS, INC. ("Jubilant Cadista"), by and through its counsel, Alverson Taylor & Sanders, and Defendant/Crossclaimant SAM'S WEST INC. ("Sam's West"), by and through its counsel, Phillips Spallas & Angstadt LLC, and hereby submit the following stipulation

KB/26030

1

extending Jubilant Cadista's time to file a Reply in Support of its Motion to Dismiss Sam's West's First Amended Crossclaim. This is the first stipulation for an extension of time. Now therefore, it is hereby

STIPULATED AND AGREED that Jubilant Cadista's time to file a Reply in Support of its Motion to Dismiss Sam's West's First Amended Crossclaim shall be extended from April 9, 2019 to April 16, 2019.

**IT IS SO AGREED AND STIPULATED.**

| Dated: April 8, 2019 | Dated: April 8, 2019 |
|---|---|
| PHILLIPS, SPALLAS & ANGSTADT LLC | ALVERSON TAYLOR & SANDERS |
| By: /s/ Alyce W. Foshee<br>ROBERT K. PHILLIPS<br>Nevada Bar No. 11441<br>ALYCE W. FOSHEE<br>Nevada Bar No. 14519<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 938-1510<br>(702) 938-1511 (Fax)<br>rphillips@psalaw.net<br>afosheeRpsataw.net<br>*Attorneys for Defendant Sam's West, Inc.* | By: /s/ Adam Knecht<br>Kurt R. Bonds, Esq.<br>Nevada State Bar No. 6228<br>Adam R. Knecht, Esq.<br>Nevada State Bar No. 13166<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Jubilant Cadista Pharmaceuticals, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2019

KB/26030

2