UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVRA HANEY-WILLIAMS, | Case No. 2:17-CV-2900 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| GLAXOSMITHKLINE LLC, et al, | |
| Defendant(s). | |

Presently before the court is the matter of *Haney-Williams v. GlaxoSmithKline LLC et al.*, case number 2:17-cv-02900-JCM-GWF.

On May 20, 2019, petitioner Arthur Liederman filed a petition for permission to practice *pro hac vice*. (ECF No. 61). The verified petition appoints two resident members of the bar of this court as co-council. *Id*. However, the local rules require a petitioner to appoint only one resident member as co-council. LR IA 11-2(d). Therefore, the court will deny petitioner's verified petition (ECF No. 61). *See* LR IA 11-2(h) ("The court may grant or deny a petition to practice under this rule.").

Petitioner shall file, within ten (10) days of the entry of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED May 28, 2019.

_____
UNITED STATES DISTRICT JUDGE