UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>Defendants. | Case No. 2:17-cv-02900-APG-EJY<br><br>**ORDER** |
| SAM'S WEST INC.,<br><br>Cross-Complaintant,<br><br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Cross-Defendants. | |

Before the Court is Plaintiff's Motion to Extend Discovery Deadlines. ECF No. 77. This is the seventh request for such extension. No response to Plaintiff's Motion was filed.

The Court grants Plaintiff's Motion, but advises the parties that depositions and other discovery need not halt during this period of social distancing. Depositions may be completed using videoconferencing and written discovery may proceed in the ordinary course. Medical providers have not ceased operating and, in fact, there is nothing presented to the Court to suggest otherwise.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines [Seventh Request] (ECF No. 77) is GRANTED. However, no further extensions of deadlines will be granted in this case absent documentation supporting extraordinary and unforeseen or unforeseen circumstances.

Dated this 14th day of May, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1