UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>    Defendants.<br>SAM'S WEST INC.,<br><br>    Cross-Complaintant,<br>    v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>    Cross-Defendants. | Case No. 2:17-cv-02900-JCM-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that ECF No. 83 was entered in error and is hereby withdrawn. The Court mistakenly treated the Motion as a Stipulation. The Motion will be considered once fully briefed.

Dated this 10th day of September, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1