STOVALL & ASSOCIATES
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Tel: 702-258-3034
Fax: 702-258-0093
Email: court@lesstovall.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>　　　　　　　Defendants. | Case No.: 2:17-cv-02900-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO FILE HER REPLY TO [ECF 84] THE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

COMES NOW Plaintiff DEVRA HANEY-WILLIAMS (hereinafter "Plaintiff") and Defendant SAM'S WEST, INC. (hereinafter "Sam's West") (collectively, "the Parties"), by and through their respective counsel of record, and after having met and conferred on September 17 and September 18, 2020, do and hereby

/ / /

/ / /

/ / /

/ / /

1  **STIPULATE AND AGREE** that plaintiff's time to file her Reply to [ECF 84] Defendant's
2  Response to Plaintiff's Motion to Extend Discovery Deadlines be extended to September 22, 2020.

4  DATED this 21st day of September, 2020.          DATED this 21st day of September, 2020.

5  /s/ Ross Moynihan                                /s/ Alyce W. Foshee

6  ROSS MOYNIHAN, ESQ.                              ALYCE W. FOSHEE, ESQ.
7  Nevada Bar No. 11848                             Nevada Bar No. 14519
   STOVALL & ASSOCIATES                             PHILLIPS SPALLAS & ANGSTADT LLC
8  2301 Palomino Lane                               504 South Ninth Street
   Las Vegas, Nevada 89107                          Las Vegas, Nevada 89101
9  *Attorneys for Plaintiff*                        *Attorneys for Defendant/Cross-Complainant*
   *Devra Haney-Williams*                           *Sam's West, Inc.*

13  **IT IS SO ORDERED:**

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

                                                    DATED: September 22, 2020

- 2 -