1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  ALYCE W. FOSHEE
   Nevada Bar No. 14519
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  afoshee@psalaw.net

8  *Attorneys for Sam's West, Inc.*

9                          UNITED STATES DISTRICT COURT

10                                DISTRICT OF NEVADA

11

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>           Plaintiff,<br>v.<br><br>SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>           Defendants.<br><br>SAM'S WEST INC.,<br><br>           Third-Party Plaintiff,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., and DOES 1-10, inclusive,<br><br>           Third-Party Defendants. | Case No.: 2:17-cv-02900-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT/THIRD-PARTY PLAINTIFF SAM'S WEST, INC. TO FILE ITS RESPONSE IN OPPOSITION TO THIRD PARTY DEFENDANT JUBILANT CADISTA PHARMACEUTICALS, INC.'S MOTION TO DISMISS**<br><br>**(First Request)** |

COME NOW Defendant/Third-Party Plaintiff SAM'S WEST INC. ("Sam's West"), by and through its counsel, Phillips Spallas & Angstadt LLC, and Third-Party Defendant JUBILANT CADISTA PHARMACEUTICALS, INC. ("Jubilant Cadista"), by and through its counsel, Alverson Taylor & Sanders, and hereby submit the following stipulation extending Sam's West's time to file a Response in opposition to Jubilant's Motion to Dismiss Sam's West's Third Party Complaint [ECF No. 108]. The parties aver that this is the first stipulation for an extension of time and the requested extension will not alter any date previously set by the Court in this matter.

- 1 -

1. IT IS HEREBY STIPULATED AND AGREED that Sam's West's time to file a Response in opposition to Jubilant's Motion to Dismiss Sam's West's Third Party Complaint shall be extended from February 15, 2021 to <u>February 22, 2021</u>.

**IT IS SO AGREED AND STIPULATED.**

Dated: February 12, 2021

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Alyce W. Foshee*
_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
ALYCE W. FOSHEE
Nevada Bar No. 14519
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Sam's West, Inc.*

Dated: February 12, 2021

**ALVERSON TAYLOR & SANDERS**

*/s/ Adam R. Knecht*
_____
ADAM R. KNECHT, ESQ.
Nevada State Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149

ARTHUR J. LIEDERMAN, ESQ.
(admitted pro hac vice)
New York Bar No. 1184167
MORRISON MAHONEY LLP
120 Broadway, Suite 1010
New York, New York 10271

*Attorneys for Jubilant Cadista Pharmaceuticals, Inc.*

**IT IS SO ORDERED.**

_____
Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE

DATE: February 17, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February 2021, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT/THIRD-PARTY PLAINTIFF SAM'S WEST, INC. TO FILE OTS RESPONSE IN OPPOSITION TO THIRD PARTY DEFENDANT JUBILANT CADISTA PHARMACEUTICALS, INC.'S MOTION TO DISMISS**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>STOVALL & ASSOCIATES<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>les@lesstovall.com<br>court@lesstovall.com | Phone: (702) 258-3034<br>Fax: (702) 258-0093 | Attorneys for Plaintiff |
| ADAM R. KNECHT, ESQ.<br>Nevada State Bar No. 13166<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Parkway<br>Suite 200<br>Las Vegas, Nevada 89149<br><br>ARTHUR J. LIEDERMAN, ESQ.<br>(admitted pro hac vice)<br>New York Bar No. 1184167<br>MORRISON MAHONEY LLP<br>120 Broadway, Suite 1010<br>New York, New York 10271<br><br>efile@alversontaylor.com | Phone: (702) 384-7000<br>Fax: (702) 385-7000 | Attorneys for Jubilant Cadista Pharmaceuticals, Inc. |

/s/ Ashley M. Evans

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC