LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>    Plaintiff,<br>v.<br><br>SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>    Defendants. | Case No.: 2:17-cv-02900-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE BRIEFS TO PENDING MOTIONS ECF NOS. 136, 137, 138, 139**<br><br>[THIRD REQUEST] |
| SAM'S WEST INC.,<br><br>    Third-Party Plaintiff,<br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., and DOES 1-10, inclusive,<br><br>    Third-Party Defendants. | |

Plaintiff DEVRA HANEY-WILLIAMS (hereinafter "Plaintiff"), Defendant/Third-Party Plaintiff SAM'S WEST, INC. (hereinafter "Sam's West"), (collectively, "the Parties"), by and through their respective counsel of record, do hereby stipulate and jointly request that the court approve extensions of time for the parties to file responses with respect to the following motions currently pending before this Court:

   (1)   Defendant Sam's West, Inc.'s Motion For Summary Judgment On The First Amended
          Complaint Filed By Plaintiff Devra Haney-Williams [ECF No. 136] – Response due
          **December 7, 2021, Reply due December 17, 2021**

- 1 -

|   |   |   |
|---|---|---|
| 1 | (2) | Defendant Sam's West, Inc.'s Motion to Exclude Plaintiff's Untimely Disclosure of |
| 2 |     | Expert Christopher Milford M.D. Pursuant to FRCP 37(c)(1) [ECF No. 137] – |
| 3 |     | Response due **December 7, 2021, Reply due December 17, 2021** |
| 4 | (3) | Plaintiff's Motion To Strike Defendant's Expert Neal L. Benowitz, M.D. [ECF No. |
| 5 |     | 138]– Response due **December 7, 2021, Reply due December 17, 2021** |
| 6 | (4) | Plaintiff's Motion for Summary Judgment [ECF No. 139] – Response due **December |
| 7 |     | 7, 2021, Reply due December 17, 2021** |

The responses to the above motions have required extensive briefing regarding the facts of the case and the law applicable to the motions and the parties require additional time to complete the responses. The parties have agreed to an extension of time for the responses from December 7, 2021 to December 10, 2021, with the current reply date of December 17, 2021 to remain. The parties aver that this is the third stipulation for an extension of time with respect to these Motions, that the requested extension will not alter any date previously set by the Court in this matter, and this request is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED AND AGREED as follows:

(1) Plaintiff's Opposition to Sam's West's Motion for Summary Judgment [ECF No. 136] shall be due **December 10, 2021**;

(2) Sam's West's Reply Brief in support of their Motion for Summary Judgment [ECF No. 136] shall be due **December 17, 2021**;

(3) Plaintiff's Opposition to Sam's West's Motion to Exclude Plaintiff's Untimely Disclosure of Expert Christopher Milford M.D. Pursuant to FRCP 37(c)(1) [ECF No. 137] shall be due **December 10, 2021**;

(4) Sam's West's Reply in Support of their Motion to Exclude Plaintiff's Untimely Disclosure of Expert Christopher Milford M.D. Pursuant to FRCP 37(c)(1) [ECF No. 137] shall be due **December 17, 2021**;

(5) Sam's West's Opposition to Plaintiff's Motion To Strike Defendant's Expert Neal L. Benowitz, M.D. [ECF No. 138] shall be due **December 10, 2021**;

  (6) Plaintiff's Reply Brief in Support of Motion to Strike Defendant's Expert Neal L. Benowitz, M.D. [ECF No. 138] shall be due **December 17, 2021**;

  (7) Sam's West's Opposition to Plaintiff's Motion for Summary Judgment [ECF No. 139] shall be due **December 10, 2021**;

  (8) Plaintiff's Reply Brief in support of her Motion for Summary Judgment [ECF No. 139] shall be due **December 17, 2021**.

**IT IS SO AGREED AND STIPULATED.**

Dated: December 7, 2021
**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Alyce W. Foshee
_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
ALYCE W. FOSHEE
Nevada Bar No. 14519
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant/Third-Party Plaintiff Sam's West, Inc.*

Dated: December 7, 2021
**MORRISON MAHONEY LLP**

/s/ Arthur J. Liederman
_____
ARTHUR J. LIEDERMAN, ESQ.
(admitted pro hac vice)
New York Bar No. 1184167
Wall Street Plaza
88 Pine Street, Suite 1900
New York, NY  10005
ADAM R. KNECHT, ESQ.
Nevada State Bar No. 13166
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
*Attorneys for third-Party Defendant Jubilant Cadista Pharmaceuticals, Inc.*

Dated: December 7, 2021
**STOVALL & ASSOCIATES**

/s/ Ross Moynihan
_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff
Devra Haney-Williams*

**IT IS SO ORDERED.**

Dated December 8, 2021.

_____
Hon. James C. Mahan
UNITED STATES DISTRICT JUDGE

- 3 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December 2021, service of the foregoing Stipulation and [Proposed] Order was made by electronic service through CM/ECF to:

Robert K. Phillips, Esq.
Alyce Foshee, Esq.
PHILLIPS SPALLAS & ANGSTADT, LLC
504 S. Ninth Street
Las Vegas, NV 89101
*Attorneys for Defendant Sam's West, Inc.*

Nicole M. Battisti, Esq.
MORRISON MAHONEY LLP
Wall Street Plaza
88 Pine Street, Suite 1900
New York, NY 10005
Adam Knecht, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
*Attorneys for Jubilant Cadista Pharmaceuticals, Inc*

/s/ Melina Gonzalez
_____
An Employee of Stovall & Associates