UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVRA HANEY-WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., SAM'S WEST INC., dba SAM'S PHARMACY #10-4974,<br><br>Defendants.<br>SAM'S WEST INC.,<br><br>Cross-Complainant,<br><br>v.<br><br>JUBILANT CADISTA PHARMACEUTICALS, INC., a foreign corporation; DOE INDIVIDUALS 1-10; DOE EMPLOYEES 11-20; and ROE CORPORATIONS 21-30,<br><br>Cross-Defendants. | Case No. 2:17-cv-02900-JCM-EJY<br><br><br><br>**ORDER** |

Pending before the Court is Defendant Sam's West, Inc.'s Motion to Exclude Plaintiff's Untimely Disclosure of Expert Christopher Milford M.D. Pursuant to FRCP 37(c)(1). ECF No. 137. On December 13, 2021, Plaintiff filed a Notice of Non-Opposition to the Relief Requested in Defendant Sam's West's Motion. ECF No. 154. Plaintiff states that she "agrees that the September 25, 2020 expert disclosure of" Dr. Milford and his opinions contained in his September 25, 2020 report should be excluded. *Id.* No other response to Defendant's Motion was filed by any party to this dispute.

Accordingly, IT IS HEREBY ORDERED that Defendant Sam's West, Inc.'s Motion to Exclude Plaintiff's Untimely Disclosure of Expert Christopher Milford M.D. Pursuant to FRCP 37(c)(1), ECF No. 137, is GRANTED.

DATED this 15th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE