1
2
3
4           UNITED STATES DISTRICT COURT
5               DISTRICT OF NEVADA
6                      * * *
7  DEVRA HANEY-WILLIAMS,                    Case No. 2:17-CV-2900 JCM (EJY)
8                          Plaintiff(s),
                                            ORDER
9        v.
10 GLAXOSMITHKLINE LLC, et al,
11                         Defendant(s).
12

Presently before the court are two motions to extend time filed by plaintiff Haney-Williams ("plaintiff"). The first is to extend time to respond to a motion to strike (ECF No. 137) and motion for summary judgment (ECF No. 136). (ECF No. 153). The second is to extend time to respond to the same motion for summary judgment. (ECF No. 155).

The motion to strike has since been fully briefed and adjudicated. (ECF Nos. 137, 154, 157).

The motion for summary judgment has been fully briefed with no oppositions as to deadlines or timeliness of filings. (ECF Nos. 136, 156, 163).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motions to extend time (ECF Nos. 153, 155) are DISMISSED as moot.

IT IS SO ORDERED.

DATED September 9, 2022.

_____
UNITED STATES DISTRICT JUDGE