**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Sam's West Inc.*
*dba Sam's Pharmacy No. 10-4974.*

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEVRA HANEY-WILLIAMS;<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>SAM'S WEST, INC., dba SAM'S PHARMACY, NO. 10-4974<br><br>Defendant. | Case No.: 2:17-cv-02900-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DEVRA HANEY-WILLIAMS and Defendant SAM'S WEST, INC. dba SAM'S PHARMACY, NO. 10-4974, by and through their respective counsel of record, that the claims asserted by Plaintiff DEVRA HANEY-WILLIAMS against Defendant SAM'S WEST, INC. dba SAM'S PHARMACY, NO. 10-4974 be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

KRB/20147-2

1  This matter is currently pending remand to the District Court of Nevada and the parties
2  request that all pending deadlines and hearings currently set in this case be VACATED.
3  **IT IS SO STIPULATED.**

DATED this ___ day of April, 2025.          DATED this 23rd day of April, 2025.

HALL & EVANS, LLC.                          STOVALL & ASSOCIATES

_____             _____
KURT R. BONDS, ESQ.                         LESLIE MARK STOVALL, ESQ.
Nevada Bar #6228                            Nevada Bar No. 2566
TANYA M. FRASER, ESQ.                       ROSS MOYNIHAN, ESQ.
Nevada Bar #13872                           Nevada Bar No. 11848
1160 North Town Center Drive                2301 Palomino Lane
Suite 330                                   Las Vegas, Nevada 89107
Las Vegas, Nevada 89144                     Telephone: (702) 258-3034
(702) 998-1022                              court@lesstovall.com
nvefile@hallevans.com
                                            *Attorneys for Plaintiff*
Attorneys for *Defendant Sam's West, Inc.*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

**IT IS SO ORDERED** May 1, 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL & EVANS, LLC

/s/_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendant Sam's West, Inc.*

KRB/20147-2